Monica Perales
Attorney at Law: 297739
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)437-7006
Fax: (562)432-2935
E-Mail: rohlfing.office@rohlfinglaw.com
Attorneys for Plaintiff
COLLEEN MARIE BENS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLLEEN MARIE BENS | Case No.: 2:19-cv-01672-AC |
| Plaintiff, | STIPULATION TO EXTEND TIME TO FILE OPENING BRIEF |
| v. | |
| ANDREW SAUL, Commissioner of Social Security, | (FIRST REQUEST) |
| Defendant. | |

Plaintiff Colleen Marie Bens and Defendant Andrew Saul, Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this court's approval, to extend the time by 35 days from January 21, 2020 to February 25, 2020 for Plaintiff to file an Opening Brief, with all other dates in the Court's scheduling order extended accordingly. This is Plaintiff's first

///

///

-1-

request for an extension. This request is made at the request of Plaintiff's counsel to allow additional time to fully research the issues presented. As the Court is aware Counsel has been dealing with a high-risk pregnancy with multiple complications that has further resulted in unscheduled medical leave. On August 14, 2019, counsel underwent inducement four weeks due to her health. Counsel's premature child required hospitalization this past week due to further illness. As a result of the high-risk pregnancy and prior family health illnesses Counsel has a heavy briefing / Motion schedule and hearing calendar. In addition, Counsel's now five-month-old tested positive for the flu, and has required constant 24-hour care these past two weeks. Counsel respectfully makes this request in good faith.

DATE: January 22, 2020        Respectfully submitted,

LAWRENCE D. ROHLFING

/s/ *Monica Perales*

BY: _____
Monica Perales
Attorney for plaintiff Colleen Marie Bens


DATE:  January 22. 2020

MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel
Social Security Administration


/s/ *Michael K. Marriott*

BY: _____
Michael K. Marriott
Special Assistant United States Attorney
Attorneys for defendant Andrew Saul
Commissioner of Social Security
|*authorized by e-mail|

IT IS SO ORDERED.

DATE: January 23, 2020

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE