Monica Perales
Attorney at Law: 297739
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)437-7006
Fax: (562)432-2935
E-Mail: rohlfing.office@rohlfinglaw.com
Attorneys for Plaintiff
COLLEEN MARIE BENS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLLEEN MARIE BENS | Case No.: 2:19-cv-01672-AC |
| Plaintiff, | STIPULATION TO EXTEND TIME TO FILE OPENING BRIEF |
| v. | |
| ANDREW SAUL, | (SECOND REQUEST) |
| Commissioner of Social Security, | |
| Defendant. | |

Plaintiff Colleen Marie Bens and Defendant Andrew Saul, Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this court's approval, to extend the time February 25, 2020 to March 26, 2020 for Plaintiff to file an Opening Brief, with all other dates in the Court's scheduling order extended accordingly. This is Plaintiff's second

///

///

-1-

1 | request for an extension. This request is made at the request of Plaintiff's counsel
2 | to allow additional time to fully research the issues presented. As the court is aware
3 | Counsel has been dealt with a high-risk pregnancy with multiple complications that
4 | has resulted in unscheduled medical leave during the months of July through
5 | November of 2019. As a result of the high-risk pregnancy, premature newborn
6 | birth, subsequent hospitalization and prior family health illness Counsel continues
7 | to have heaving briefing/ motions schedule and hearing calendar. Counsel had to
8 | take unscheduled leave at the beginning of February due to Counsel son falling ill
9 | with Respiratory Syncytial Virus Infection. Counsel firm has hired a
10 | new attorney to help ease Counsel's workload. Counsel respectfully makes this
11 | request in good faith.

DATE: February 28, 2020                    Respectfully submitted,

                                         LAWRENCE D. ROHLFING

                                               /s/ *Monica Perales*

BY: _____
     Monica Perales
     Attorney for plaintiff Colleen Marie Bens

DATE: February 28, 2020

MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel
Social Security Administration

BY: /s/ *Michael K. Marriott*
_____
Michael K. Marriott
Special Assistant United States Attorney
Attorneys for defendant Andrew Saul
Commissioner of Social Security
|*authorized by e-mail|

IT IS SO ORDERED.

DATE: March 3, 2020

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE