Monica Perales
Attorney at Law: 297739
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)437-7006
Fax: (562)432-2935
E-Mail: rohlfing.office@rohlfinglaw.com
Attorneys for Plaintiff
COLLEEN MARIE BENS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLLEEN MARIE BENS | Case No.: 2:19-cv-01672-AC |
| Plaintiff, | STIPULATION TO EXTEND TIME TO FILE OPENING BRIEF |
| v. | |
| ANDREW SAUL, Commissioner of Social Security, | (THIRD REQUEST) |
| Defendant. | |

    Plaintiff Colleen Marie Bens and Defendant Andrew Saul, Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this court's approval, to extend the time May 28, 2020 for Plaintiff to file an Reply Brief, with all other dates in the Court's scheduling order extended accordingly. This is Plaintiff's third

///

///

-1-

1 request for an extension. As a result of the high-risk pregnancy, premature
2 newborn birth, subsequent hospitalizations and prior health illnesses of Counsel's
3 mother, Counsel had a heavy briefing/ motions and hearing calendar.

4     Counsel had to take unscheduled leave at the beginning of February due to
5 Counsel's son falling ill with Respiratory Syncytial Virus Infection. To add to
6 matters, Counsel's mother fell and suffered a severe comminuted 20 place fracture
7 of her femur in San Diego. After emergency surgery on March 1, 2020, she
8 required full time care due to immobility. Due to COVID-19, Counsel's mother
9 compromised immune system, Counsel's mother was not allowed to go to a
10 rehabilitation center and has taken full care of her mother. This request is made in
11 good faith. On May 5, 2020, Counsel's mother fell while attempting to use the
12 bedside restroom. Counsel spent the rest of the week making sure that no
13 displacement or new fracture occurred. As such, her motion calendar became
14 backed logged.

15 DATE: May 20, 2020          Respectfully submitted,
16                                         LAWRENCE D. ROHLFING
17                                           /s/ *Monica Perales*
18                      BY: _____
                            Monica Perales
19                             Attorney for plaintiff Colleen Marie Bens
20
21
22
23
24
25 //
26 //

DATE: May 18, 2020

        MCGREGOR W. SCOTT
        United States Attorney
        DEBORAH LEE STACHEL
        Regional Chief Counsel
        Social Security Administration

        /s/ *Daniel P. Talbert*

BY: _____
        Daniel P. Talbert
        Special Assistant United States Attorney
        Attorneys for defendant Andrew Saul
        Commissioner of Social Security
        |*authorized by e-mail|

IT IS SO ORDERED.

DATE: May 26, 2020

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE