UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLLEEN MARIE BENS,<br><br>            Plaintiff,<br><br>     v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>            Defendant. | No.  2:19-cv-01672 AC<br><br><br><br>ORDER |

Pursuant to the Order of the Ninth Circuit Court of Appeals granting the parties' joint motion for remand, the undersigned REVERSES the decision of the Commissioner of the Social Security Administration and REMANDS this case for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  The Clerk of Court is instructed to enter judgment in favor of plaintiff[1] and close this case.

IT IS SO ORDERED.

DATED: April 19, 2022

_/s/ Allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

---

[1] Entry of judgment at this juncture is consistent with Shalala v. Schaefer, 509 U.S. 292, 296-97 (1993).